# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MICHAEL A. WOOD,

      Petitioner,  :    Case No. 3:19-cv-304

- vs -              District Judge Walter H. Rice
                  Magistrate Judge Michael R. Merz

WARDEN, Noble Correctional
Institution,          :

      Respondent.

## RECOMMITTAL ORDER

    This case is before the Court on Petitioner's Objections (ECF No 44) to the Magistrate Judge's Substituted Report and Recommendations (ECF No. 43).

    The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

June 30, 2021.

                         Walter H. Rice
                        United States District Judge

1