IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MICHAEL A. WOOD,

    Petitioner,

v.

TIM BUCHANAN, Warden,
Noble Correctional Institution,

    Respondent.

Case No. 3:19-cv-304

JUDGE WALTER H. RICE

---

ORDER DIRECTING CLERK OF COURTS TO MAIL PETITIONER A COPY OF THE SUPPLEMENTAL REPORT AND RECOMMENDATIONS ON MOTION FOR DELAYED APPEAL (DOC. #48), ALONG WITH A COPY OF THIS ORDER; PETITIONER SHALL HAVE 17 DAYS TO FILE OBJECTIONS TO THE SUPPLEMENTAL REPORT AND RECOMMENDATIONS

---

On July 7, 2021, United States Magistrate Judge Michael Merz issued a Supplemental Report and Recommendations on Motion for Delayed Appeal, Doc. #48. On July 27, 2021, Petitioner, Michael A. Wood, filed an Objection to that judicial filing, Doc. #49. Therein, he stated that he had not received a copy of the Supplemental Report and Recommendations, and had learned about it only after he searched Pacemonitor.

The Court's docket supports Petitioner's claim. It does not show that the Clerk of Courts mailed a copy of the Supplemental Report and Recommendations to him. Accordingly, the Clerk of Courts is DIRECTED to mail that document to

Petitioner via U.S. Mail. Petitioner will have 17 days from the date of service to file substantive Objections to the Supplemental Report and Recommendations.

Date: July 29, 2021

*/s/ Walter H. Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE